July 15, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CHCA WEST HOUSTON, L.P. D/B/A WEST HOUSTON MEDICAL CENTER,
Appellant

NO. 14-13-00499-CV

CHRISTA SHELLEY, Appellee

_____

This cause, an appeal from the order in favor of appellee, Christa Shelley, signed, May 17, 2013, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the order of the court below **REVERSED** and **REMAND** with instructions to the trial court (1) to dismiss appellee Christa Shelley's claims with prejudice under Texas Civil Practice and Remedies Code section 74.351(b), (2) to conduct further proceedings to determine the amount of reasonable attorney's fees to be awarded to appellant CHCA West Houston, L.P. d/b/a West Houston Medical Center (hereinafter "the Hospital") under this statute, and (3) to award the Hospital reasonable attorney's fees and court costs incurred by the Hospital. We further order that all costs incurred by reason of this appeal be paid by appellee Christa Shelley. We further order this decision certified below for observance.